UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-33233 |
|---|---|
| TODD BRADLEY GASPER | (Chapter 13) |
| MICHELLE DEE GASPER | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040756**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 13 | CHARMING SHOPPES FASHION BUG<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 108.50 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/1/2010

Certificate of Service       07-33233

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| TODD BRADLEY GASPER | RANDAL A HARVEY | (13.1) |
| MICHELLE DEE GASPER | 9 W WATER ST | CHARMING SHOPPES FASHION BUG |
| 10333 ARMOLD DRIVE | TROY, OH  45373 | % FIRST EXPRESS |
| UNION CITY, OH  45390 | | BOX 856021 |
| | | LOUISVILLE, KY  40285 |

(33.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(32.1n)
RECOVERY MGT SYS CORP
ATTN RAMESH SINGH BK SPECIALIS
25 SE 2ND AVE STE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv